604 A.2d 1023

UNION NATIONAL BANK OF PITTSBURGH, Assignee
of Housing Mortgage Corporation

v.

James A. CIONGOLI and Louise T. Ciongoli, his wife.

Appeal of Louise T. CIONGOLI.

Supreme Court of Pennsylvania.

Argued March 12, 1992.

Decided April 16, 1992.

Kenneth R. Behrend, Behrend & Ernsberger, Pittsburgh, for appellant.

Louis P. Vitti, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.